IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THOMAS THORSON,                                    Case No. 07-106-HO

        Plaintiff,                             JUDGMENT

   v.

Commissioner of Social Security,

        Defendant,

   The decision of the Commissioner is affirmed.

     9/8/08

                         s/ Michael R. Hogan
                      United States District Judge